# UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| ZHENG SHI | ) | | |
|    Plaintiff | ) | | |
| _____x | ) | CIVIL ACTION 24 CV 01023 CLP | |
|    V | ) | | |
| DAVINDAR SINGH | ) | | |
| AMERICAN TRANSIT INSURANCE | ) | | |
| SUKCHAIN SINGH | ) | | |
| UNITED AUTO GROUP | ) | | |
| LYFT, INC. | ) | | |
| UBER, INC. | ) | | |
|    Defendants | ) | | |
| _____x | ) | | |

## AMENDED SUMMONS IN A CIVIL ACTION

To Defendants :   LYFT, INC. 185BERRY STREET #500 San Francis., California 94107 #500

UBER, INC. 1725 3RD St San Francis. , California 94118

A Lawsuit has been filed against you.

Within 21 days after service of the summons on you, not counting the day you received it, or 60 days if you a United States Agency or officer or employee of the United States decribed in Federal R. Civ. Proc. 12 a 2 or 3 – you must serve on the plaintiff an answer the the attached complaint of a motion under R. 12 of the Federal Rules of Civil Procedure. The answer or motion must be swerved on the Plaintiffor Plaintiff's attorney whose name and

address are:

MARTIN DRUYAN AND ASSOCIATES ATTORNEYS

450 7th Ave

NY NY 10123  stes 508

917 861 4836, MD@Druyanlaw.com

If you fail to respond judgment by default will be entered against you for the relief demanded in the complaint.

You must also file your answer or motion with the Court

Date :    12/12/2024              **BRENNA B. MAHONEY**



Clerk of the Court

    SONIA GALEANO
------------------------------------------------------------X

SIGNATURE OF THE CLERK OR DEPUTY CLERK

1