UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ZHENG SHI,

                    Plaintiff,

-against-

DAVINDAR SINGH, AMERICAN TRANSIT INSURANCE, SUKHCHAIN SINGH, UNITED AUTO GROUP INC.

                    Defendants
-----------------------------------------------------------X

Case No.: 1:24-cv-01023-NRM-CLP

**ANSWER TO UAG'S CROSS CLAIMS**

      Defendant, **DAVINDAR SINGH,** through its attorneys, BARRY McTIERNAN & MOORE LLC, answering defendants SUKCHAIN SINGH and UNITED AUTO GROUP'S ANSWER TO COMPLAINT WITH CROSS CLAIM, states as follows:

      1.    Denies each and every allegation contained in paragraph "38" of the Answer to Complaint filed by defendants SUKCHAIN SINGH and UNITED AUTO GROUP.

      WHEREFORE, defendant, **DAVINDAR SINGH**, demands judgment dismissing the Complaint of the plaintiffs herein as to said defendant, together with the costs and disbursements of this action.

Dated: New York, New York
       January 23, 2025

BARRY McTIERNAN & MOORE LLC

_____
Suzanne M. Halbardier, Esq.
Attorneys for Defendant
DAVINDAR SINGH
One Battery Park Plaza, 35th Floor
New York, New York 10004
(212) 313-3600

TO: Martin Druyan, Esq.
MARTIN DRUYAN & ASSOCIATES
Attorneys for Plaintiff
450 7th Avenue, Suite 508
New York, New York 1001012301
(212) 686-4655

Francis Jarlath Scahill, Esq.
SCAHILL LAW GROUP P.C.
Attorneys for Defendants
SUKCHAIN SINGH and
UNITED AUTO GROUP
1065 Stewart Avenue, Suite 210
Bethpage, New York 11714
(516) 873-6229